TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (510) 970-4853
    Facsimile:  (415) 744-0134
    Email:  Paul.Sachelari@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VICTOR ANTHONY GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:20-cv-08600-JAK-KES<br><br>**[PROPOSED]** **JUDGMENT OF REMAND** |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-1-

-2-

1
2   The Court having approved the parties' Stipulation to Voluntary Remand
3   Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
4   ("Stipulation to Remand") lodged concurrent with the lodging of the within
5   Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
6   **DECREED** that the above-captioned action is remanded to the Commissioner of
7   Social Security for further proceedings consistent with the Stipulation to Remand.
8
9   DATED: August 30, 2021                    /s/ Karen E. Scott
10                                            HON. KAREN E. SCOTT
                                              UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28