Young Bin Yim, CA State Bar No. 232340
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
Fedcourt@binderlawfirm.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ANTHONY GOMEZ, | ) 2:20-CV-08600-JAK-KES |
| | ) |
| Plaintiff, | ) ~~PROPOSED~~ ORDER AWARDING |
| | ) ATTORNEY FEES UNDER THE |
| v. | ) EQUAL ACCESS TO JUSTICE |
| | ) ACT, PURSUANT TO 28 U.S.C. |
| COMMISSIONER OF THE SOCIAL | ) § 2412(d), AND COSTS, PURSUANT |
| SECURITY ADMINISTRATION, | ) TO 28 U.S.C. § 1920 |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of EIGHT THOUSAND FIVE HUNDRED THIRTY EIGHT DOLLARS AND EIGHTY SEVEN CENTS ($8,538.87), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation.

Dated:  9/29/2021        _____

Hon. Karen E. Scott
United States Magistrate Judge